UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LOUIS WALTER,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>NEW WORLD MEDICAL INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05844-DGE<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED |

　　　　Plaintiff, proceeding *pro se*, initiated this case in the Pierce County Superior Court, and it was removed to this Court on the basis of diversity jurisdiction. (Dkt. No. 1 at 1–2.) Plaintiff alleges he was injured by a defective glaucoma valve resulting in total loss of vision in his left eye. (*Id.* at 7.) Defendant filed a Motion to Dismiss on October 9, 2024, arguing that it is not subject to this Court's personal jurisdiction, and that Plaintiff has failed to state a claim. (Dkt. No. 9.) Plaintiff has not made an appearance in this Court and has failed to timely respond to the Motion to Dismiss. *See* LCR 7(d)(4) (setting 28-day timeline for motions to dismiss).

ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED - 1

1  Plaintiff is ORDERED to Show Cause why this case should not be dismissed, either for
2  failure to prosecute or for failure to respond to Defendant's Motion to Dismiss. Plaintiff must
3  file his response to the Motion to Dismiss no later than Friday, December 20, 2024, or the Court
4  will dismiss the case without prejudice.

5  The Clerk is directed to mail a copy of this order, Defendant's Motion to Dismiss (Dkt.
6  No. 9), and Defendant's Notice of Removal (Dkt. No. 1) to Plaintiff's last known address.

7  Dated this 19th day of November, 2024.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED - 2